IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAMIM EBRAHIMI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-2229-G-BH |
| THE UNITED STATES, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  By separate judgment, the plaintiff's claims will be **DISMISSED**.  The plaintiff's Motion for an Ex Parte Temporary Restraining Order & A Preliminary Injunction (docket entry 3) is **DENIED**.  **The plaintiff is WARNED that filing further frivolous or baseless**

---

[*] No objections were filed.

cases may result in monetary sanctions and/or a bar from bringing further civil actions without payment of the filing fee.

**SO ORDERED**.

November 9, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**